# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| SAM HARGROVE, et al., individually and on Behalf of all others similarly situated,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>SLEEPY'S LLC-Appellants,<br><br>Defendant. | **CIVIL ACTION**<br><br><br>**Appeal No. 22-2040** |

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO FILE BRIEF LATE

Plaintiffs' response brief was due in this appeal on October 20, 2022. Plaintiffs-Appellees filed their response brief at approximately 12:06 a.m. on October 21, 2022. For the reasons stated below, Plaintiffs-Appellees now move for leave to file their brief out of time.

1. On October 14, 2022, this Court granted Plaintiffs-Appellees' assented-to motion for a seven-day extension of the deadline for filing their response brief, resetting the deadline to October 20, 2022.

2. Pursuant to Fed. R. App. P. 26(a)(4)(B) and L.R. 113.3(c), the deadline for electronic filing is "at midnight in the time zone of the circuit clerk's principal office."

1

3. Plaintiffs-Appellees had finished the brief on time and intended to file it by midnight. Due to technical issues generating the tables of contents and table of authorities for the brief, however, Plaintiffs-Appellees electronically filed their response brief just after midnight and received the notice of electronic filing back from the Court at 12:06 a.m., October 21, 2022. See Notice of Docket Activity attached as Exhibit A (with time notice was sent highlighted at top).

4. Plaintiffs-Appellees now file this motion for leave to file their response brief late.

5. Plaintiffs-Appellees late filing will not result in any prejudice to the appellant or the Court.

6. Defendant-Appellant Sleepy's LLC assents to this motion.

For the reasons stated above, Plaintiffs-Appellees, therefore, request leave to file their response brief six minutes beyond the deadline.

Respectfully submitted,

PLAINTIFFS SAM HARGROVE, et al.

By their attorneys,

/s/Harold L. Lichten
Harold L. Lichten
(admitted *pro hac vice*)
Benjamin J. Weber
(admitted *pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000

Boston, MA 02116
(617) 994 5800
hlichten@llrlaw.com
bjweber@llrlaw.com

Anthony L. Marchetti, Jr.
MARCHETTI LAW, P.C.
317 Delsea Drive
Sewell, NJ 08080
(856) 414-1800
amarchetti@marchettilawfirm.com

Dated: October 21, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I served a copy of this document by electronic filing on all counsel of record in this case.

/s/Harold L. Lichten
Harold L. Lichten

# **CERTIFICATE OF COMPLIANCE**

I hereby certify as follows:

(1) the motion complies with the typeface and typestyle requirements of Fed. Rs. App. P. 32(a)(5) and 32(a)(6) because the motion has been prepared in proportionally spaced typeface using Microsoft Word 14 point Times New Roman font;

(2) the motion complies with the type volume limitations of Fed. R. App. P. 27(d)(2) because this opposition contains 233 words, excluding the accompanying documents authorized by Rule 27(a)(2)(B), as calculated using the word count function on Microsoft Word software;

(3) this petition was scanned for viruses using Webroot Endpoint Protection CE 22.1 and found to be without an infection.

Dated: October 21, 2022 /s/Harold L. Lichten
Harold L. Lichten