# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Case No. 22-2040

SAM HARGROVE, ANDRE HALL, MARCO EUSEBIO, HENDERSON CLARKE, MANUEL ESTRADA, WILFREDO ROSARIO, FRANCISCO BAUTISTA, ALEJANDRO SERRANO, JULIO CASTILLO, ALDRIN CEVALLOS, DANTE GOMEZ, DIMITRI CELIK, GREGORIO DIAZ, JAVIER DUQUE, JUAN BRITO, KEIRON OTTLEY, MICHAEL SIMPSON, RICHARD TOUSETT, and UCHA BARBAKADZE, individually and on behalf of all others similarly situated,
*Plaintiffs-Appellees*

v.

SLEEPY'S, LLC,
*Defendant-Appellant*

On Appeal from the United States District Court for the District of New Jersey
Case No. 3:10-cv-01138-PGS-LHG

## SECOND ADDENDUM TO BRIEF FOR APPELLANT

Matthew J. Hank
Paul C. Lantis
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
*Counsel for Defendant-Appellant*

# SECOND ADDENDUM TO BRIEF FOR APPELLANT
# <u>TABLE OF CONTENTS</u>

|    |                                                                          | **Page(s)** |
|----|--------------------------------------------------------------------------|-------------|
| 1. | Statement Correcting Two Citation Errors in Sleepy's Opening Brief       | 1           |

# **STATEMENT CORRECTING TWO CITATION ERRORS IN SLEEPY'S OPENING BRIEF**

By this Addendum, Sleepy's, LLC ("Sleepy's") directs the Court to two citation errors in its opening brief. Sleepy's respectfully asks that the Court disregard those errant citations and refer to the following corrections: first, on page 3, Sleepy's cites Marco Eusebio's November 3, 2010 deposition and the Outside Carrier Expense Detail. Those documents are located in Sleepy's Supplemental Appendix at JA4145 – 46; 4149 (Eusebio Dep. (Nov. 3, 2010) at 258:18-259:24 & Dep. Exh. 25). Second, on page 5 of its opening brief, Sleepy's cites to two District Court scheduling orders. Those documents are located at JA260 – 64.

## **CERTIFICATE OF SERVICE**

I, Matthew J. Hank, counsel for Appellant Sleepy's, LLC, certify that on December 1, 2022, I filed the foregoing document via the Court's CM/ECF system, causing a Notice of Docket Activity and a copy of the filing to be served upon the following counsel of record who are registered CM/ECF users:

| | |
|---|---|
| Anthony L. Marchetti, Jr. | Harold L. Lichten |
| MARCHETTI LAW, P.C. | Benjamin J. Weber |
| 900 N. Kings Highway, Suite 306 | Lichten & Liss-Riordan, P.C. |
| Cherry Hill, NJ 08034 | Boston, MA 02116 |

| | |
|---|---|
| | */s/ Matthew J. Hank* |
| Date: December 1, 2022 | Matthew J. Hank |